```
ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Fax:   (702) 486-3773
Email: jfrost@ag.nv.gov
Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CINQUE GRIM, | Case No. 2:14-CV-01980-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAMES GREG COX et al., | |
| Defendants. | |

It is stipulated and agreed by and between Cinque Grim, Plaintiff Pro Se, and Defendants James Greg Cox, Dwight Neven, and Michael Pugh, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-

///
///
///
///
///
///

1  captioned matter be dismissed with prejudice, and that each party will bear their own attorney
2  fees and costs.

4  DATED December 21, 2015.                                DATED December 22, 2015.

   ADAM PAUL LAXALT
   Nevada Attorney General

   By: /s/ Jared Frost
   Cinque Grim                                             Jared M. Frost
   Plaintiff Pro Se                                        Senior Deputy Attorney General
                                                           Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  December 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101